```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 27158
   KYIEL V ANDERSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2337


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/09/2008 and was not confirmed.

     The case was dismissed without confirmation 12/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI SECURED VEHIC    22718.36             .00           .00
ARONSON FURNITURE        UNSECURED        NOT FILED            .00           .00
MIDLAND FUNDING          UNSECURED        NOT FILED            .00           .00
NEXTEL                   UNSECURED        NOT FILED            .00           .00
US SPRINT                UNSECURED        NOT FILED            .00           .00
HOUSEHOLD                UNSECURED        NOT FILED            .00           .00
FINGERHUT CREDIT ADVANTA UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED            .00           .00
SBC ILLINOIS             UNSECURED         3904.39             .00           .00
US CELLULAR              UNSECURED        NOT FILED            .00           .00
TRIB/FBOFD               UNSECURED        NOT FILED            .00           .00
BP CITI                  UNSECURED        NOT FILED            .00           .00
NATIONWIDE COMMERCIAL LP UNSECURED        NOT FILED            .00           .00
NATIONWIDE COMMERCIAL LP UNSECURED        NOT FILED            .00           .00
BANK OF AMERICA NA       UNSECURED        NOT FILED            .00           .00
AMERICAN COLLECTION      UNSECURED        NOT FILED            .00           .00
PARK DANSAN              UNSECURED        NOT FILED            .00           .00
BARNES AUTO GROUP        UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
LVNV FUNDING LLC         UNSECURED          413.73             .00           .00
NICOR GAS                UNSECURED        NOT FILED            .00           .00
BALLY TOTAL FITNESS      UNSECURED          472.70             .00           .00
MONTGOMERY WARDS         UNSECURED          751.87             .00           .00
NORTHERN LEASING SYSTEM  UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED          498.48             .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 27158 KYIEL V ANDERSON
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                     ---------------     ---------------
TOTALS                                           .00                 .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE